LYNN HUBBARD, III (SBN 69773)
SCOTTLYNN J. HUBBARD IV (SBN 212970)
LAW OFFICES OF LYNN HUBBARD, III
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252

Attorneys for Plaintiff
LARY FEEZOR

JENNIFER B. SHAW (SBN 173439)
CAROLYN G. BURNETTE (SBN 191294)
JACKSON LEWIS LLP
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
DGS GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LARY FEEZOR, | Case No. CIV.S-04-2038 FCD GGH |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| v. | |
| DGS GROUP, LLC dba BURGER KING #4758; FRANK LIVING TRUST; and DOES 1 through 10, | Trial Date:         None set<br>Complaint Filed:   August 20, 2004 |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:

Plaintiff LARY FEEZOR and Defendant DGS GROUP, LLP hereby request that this matter be dismissed with prejudice, in its entirety, with each party to bear their own costs and attorneys' fees. The parties specifically request that such dismissal with prejudice include FRANK LIVING TRUST.

/ / /

/ / /

IT IS SO STIPULATED:

                                              LAW OFFICES OF LYNN HUBBARD III

Date: __4/28/05__            ____/s/_____
                                              LYNN HUBBARD III
                                              Attorney for Plaintiff

                                              JACKSON LEWIS LLP

Date: __4/28/05__            ___/s/_____
                                              CAROLYN G. BURNETTE
                                              Attorney for Defendant

      **IT IS SO ORDERED:**  This matter is dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

Date: April 29, 2005        /s/ Frank C. Damrell Jr.
                                   UNITED STATES DISTRICT JUDGE

H:\D\DGS Group\Feezor (79857)\pleadings\Stip Re Dismissal.doc